

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00443-CV
_____

IN THE MATTER OF L.B.

On Appeal from the 323rd District Court
Tarrant County, Texas
Trial Court No. 323-115437-21

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the "State's Motion to Dismiss the State['s] Appeal of the Trial Court's Interlocutory Order." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

The State must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4; *see also* Tex. Fam. Code Ann. § 56.03(f).

Per Curiam

Delivered: March 17, 2022